## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEVIN RICHARDSON

    Plaintiff

v.                        Case No. 1:13-cv-00822-WDQ

ROSENBERG & ASSOCIATES LLC., et.al.,

    Defendants

*"APPROVED"*

5/19/14
Date

William D. Quarles, Jr.
United States District Judge

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kevin Richardson, and Defendant, Rosenberg & Associates, LLC, by their attorneys

and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the

above-captioned action is hereby dismissed with prejudice.

Respectfully submitted,

Kevin Richardson

Kevin Richardson
631 Railroad Avenue, # 321
Centreville, Maryland 21617
410 739 3606
vinson49@gmx.com